The Honorable John C. Coughenour
The Honorable David W. Christel

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| KAREN LAUGHLIN,<br><br>          Plaintiff,<br><br>    v.<br><br>ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>          Defendant. | Case No. 2:22-cv-00756-JCC-DWC<br><br>**STIPULATED MOTION REGARDING WITHDRAWAL AND SUBSTITUTION OF COUNSEL**<br><br>**NOTE ON MOTION CALENDAR: NOVEMBER 9, 2022**<br><br>**(CLERK'S ACTION REQUIRED)** |

### I.     STIPULATION

1. Attorney Alfred E. Donohue and Sarah L. Eversole of the law firm WILSON SMITH COCHRAN DICKERSON, subject to the Court's approval, hereby withdraws as counsel of record in this action for Defendant Allstate Property and Casualty Insurance Company.

2. Attorneys Gavin W. Skok, Bryan J. Case, and Yara AlHowar of the law firm FOX ROTHSCHILD LLP, hereby enter their appearance and substitute as counsel for record for Defendant Allstate Property and Casualty Insurance Company.

3. Pursuant to LCR 83.2(b)(1) and LCR 83.2(b)(2), all parties, by their signature below, stipulate that they do not object to the substitution of counsel for Defendant Allstate Property and Casualty Insurance Company as set forth herein.

1   DATED this 9th day of November, 2022.

**SUBSTITUTING COUNSEL**

FOX ROTHSCHILD LLP

*s/ Gavin W. Skok*
Gavin W. Skok, WSBA #29766

*s/ Bryan J. Case*
Bryan J. Case, WSBA #41781

*s/ Yara AlHowar*
Yara AlHowar, WSBA #58693

1001 Fourth Avenue, Suite 4400
Seattle, WA 98154
Telephone:  206.624.3600
Facsimile:  206.389.1708
Email: gskok@foxrothschild.com
         bcase@foxrothschild.com
         yalhowar@foxrothschild.com

*Attorneys for Defendant Allstate Property and Casualty Insurance Company*

**WITHDRAWING COUNSEL**

WILSON SMITH COCHRANE DICKERSON

*s/ Alfred E. Donohue*
Alfred E. Donohue, WSBA #32774

*s/ Sarah Eversole*
Sarah Eversole, WSBA #36335
1000 Second Avenue, Suite 2050
Seattle, WA  98104-3629
Telephone: 206.623.4100
Facsimile: 206.623.9273
Email:  Donohue@WSCD.com
        Eversole@WSCD.com

STIPULATED MOTION REGARDING WITHDRAWAL AND SUBSTITUTION OF COUNSEL  (2:22-CV-00756-JCC-DWC) - 2

**Fox Rothschild LLP**
1001 Fourth Avenue, Suite 4400
Seattle, WA 98154
206.624.3600

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**COUNSEL FOR PLAINTIFF**

RUIZ & SMART

*s/ Kathryn M. Knudsen*
Isaac Ruiz, WSBA #35237
Kathryn M. Knudsen, WSBA #41075
RUIZ & SMART PLLC
1200 Fifth Avenue, Suite 1220
Seattle, WA 98101
Ph. 206.203.9100
Email: iruiz@ruizandsmart.com
kknudsen@ruizandsmart.com
iruiz@plaintifflit.com
kknudsen@plaintifflit.com

STIPULATED MOTION REGARDING WITHDRAWAL AND SUBSTITUTION OF COUNSEL (2:22-CV-00756-JCC-DWC) - 3

**FOX ROTHSCHILD LLP**
**1001 FOURTH AVENUE, SUITE 4400**
**SEATTLE, WA 98154**
**206.624.3600**

## II.   ORDER

IT IS HEREBY ORDERED that the foregoing stipulated Motion is GRANTED.

Dated this 10th day of November, 2022.

_____
David W. Christel
United States Magistrate Judge

Presented by:
FOX ROTHSCHILD LLP

*s/ Bryan J. Case*
Gavin W. Skok, WSBA #29766
Bryan J. Case, WSBA #41781
Yara AlHowar, WSBA #58693
1001 Fourth Avenue, Suite 4400
Seattle, WA 98154
Telephone:  206.624.3600
Facsimile:  206.389.1708
Email: gskok@foxrothschild.com
       bcase@foxrothschild.com
       yalhowar@foxrothschild.com

*Attorneys for Defendant Allstate Property and Casualty Insurance Company*